# FEDERAL DEFENDERS
### MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
### 201 MONROE STREET, SUITE 1960
### MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

**CHRISTINE A. FREEMAN**
Executive Director

May 25, 2007

Honorable Charles S. Coody
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104
BY HAND DELIVERY

*Re:   Kayla Dennis*

Dear Judge Coody:

I am writing to see if I can obtain help for a payment problem I have created for a panel attorney.

Our office received a call from the U.S. Attorney's office in December, regarding Kayla Dennis, a target who was a factual codefendant of one of our clients. We contacted CJA panel attorney Everett Urech to represent Ms. Dennis before the grand jury in December. He consulted with the client and the prosecutor, accompanied the client to the grand jury, and apparently assisted her in negotiating a resolution of her case. As a result of that negotiation, the client was herself indicted and had an initial appearance on the indictment this week. Mr. Urech appeared with her at the initial appearance and was appointed on the indictment.

Unfortunately, although we sent a letter confirming his appointment to the clerk's office on December 4, 2006 (enclosed), I neglected to send any letter requesting appointment to you. As a result, there was no order of appointment and no miscellaneous number was assigned. Of course, without a court order, the panel attorney cannot be paid for his time on this case from December to the present.

I apologize for creating this problem. Would a *nunc pro tunc* Order for appointment of counsel be possible, confirming Mr. Urech's appointment from December 4, 2006 to the initial appearance this week? Please let me know if this is possible, or if any alternative solution may be arranged. Thank you for your consideration of this request.

Sincerely,

Christine A. Freeman

caf/

# FEDERAL DEFENDERS

MIDDLE DISTRICT OF ALABAMA
FEDERAL DEFENDER PROGRAM, INC.
201 MONROE STREET, SUITE 407
MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

December 4, 2006

Everett M. Urech, Esquire
Urech & Livaudais, P.C.
P. O. Drawer 70
Daleville, AL  36322

    Re:   *Kayla Dennis*

Dear Mr. Urech:

    This will confirm that you have agreed to represent Ms. Kayla Dennis. Andy Schiff would like for you to contact him about Ms. Dennis. She is the target of investigation by the government for embezzling from an Indian casino in Wetumpka, Alabama.

    By copy of this letter we are asking the Clerk's office to furnish you with a copy of any documents from their file and any other paperwork needed for your appointment.

    Thank you for handling this case and if you have any questions, please do not hesitate to contact our office.

                    Sincerely,

                    Lynn Colbert

Enclosures
cc:   Wanda Stinson