IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. MISC. NO. 1250 |
| | ) | |
| KAYLA DENNIS | ) | |

## ORDER

The court finds that **KAYLA DENNIS**, a person under investigation, is preliminarily eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

**ORDERED** that CJA Panel Attorney Everett M. Urech be and is hereby appointed to represent **KAYLA DENNIS** for all further proceedings relating to the investigation. It is further

**ORDERED** that the Clerk of Court shall issue the appropriate CJA payment voucher to counsel indicating a *nunc pro tunc* date from December 4, 2006 to May 9, 2007.

Done this 30th day of May, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE